## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**LAURA BONDY,**

      Plaintiff,

    vs.

**GLASS, LEWIS & CO., LLC,**

      Defendant.

Case No.: 2:24-CV-02001-HLT-TJJ

### DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Plaintiff Laura Bondy filed the present action against Glass Lewis alleging a single claim of sex discrimination. At the outset of her employment, however, Bondy agreed that any dispute arising out of her employment relationship, including claims of sex discrimination, must be resolved through binding arbitration. Because Bondy has agreed to resolve her disputes with Glass Lewis through arbitration, Glass Lewis respectfully moves this court, pursuant to 9 U.S.C. §§ 2–4 and Fed. R. Civ. P. 12(b)(1) and (6), to dismiss Bondy's Complaint. In the alternative, Glass Lewis requests that this matter be stayed pending arbitration. Suggestions in support of this motion are filed separately.

Respectfully submitted,


*/s/ Daniel B. Boatright*
Daniel B. Boatright
dboatright@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
Telephone:    816.627.4400
Facsimile:    816.627.4444

Attorneys for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2024, a copy of the foregoing was filed

via the Court's CM/ECF system, which sent electronic notice to the following:


Kyle E. Murphy
Murphy, Kinney, & Sumy, LLC
406 W. 34th St., Suite 816
Kansas City, Missouri 64111
Phone:    (816) 281-5470
Fax:        (816) 866-7772
kyle@murphykinney.com


*/s/ Daniel B. Boatright*
Daniel B. Boatright