**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**LAURA BONDY,**

        Plaintiff,

    vs.

**GLASS, LEWIS & CO., LLC,**

        Defendant.

Case No.: 2:24-CV-02001-HLT-TJJ

**JOINT STATUS REPORT**

Pursuant to the Court's April 18, 2024 Order (Doc. 17), Defendant Glass, Lewis & Co., LLC and Plaintiff Laura Bondy hereby notify the Court that the parties have initiated arbitration with Arbitrator Stephen Douglas Bonney. The arbitration hearing is scheduled for April 16-18, 2025.

    Respectfully submitted,

    */s/ Daniel B. Boatright*

    Daniel B. Boatright, KS #15298
    Direct: 816.627.4401
    E-Fax 816.817.7703
    dboatright@littler.com
    LITTLER MENDELSON, P.C.
    1201 Walnut Street, Suite 1450
    Kansas City, MO  64106

    **ATTORNEY FOR DEFENDANT**

    */s/ Kyle E. Murphy*

    Kyle E. Murphy, KS #70169
    406 W. 34th Street, Ste 816
    Kansas City, MO 64111
    Phone: (816) 281-5470
    kyle@murphykinney.com

    **ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2024, a copy of the foregoing was filed

via the Court's CM/ECF system, which sent electronic notice to the following:

Kyle E. Murphy
Murphy, Kinney, & Sumy, LLC
406 West 34 Street, Suite 816
Kansas City, Missouri 64111
kyle@murphykinney.com

/s/ Daniel B. Boatright
**ATTORNEY FOR DEFENDANT**