# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**LAURA BONDY,**

      Plaintiff,

    vs.

**GLASS, LEWIS & CO., LLC,**

      Defendant.

Case No.: 2:24-CV-02001-HLT-TJJ

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Laura Bondy and Defendant Glass, Lewis & Co., LLC, hereby stipulate to the dismissal of this matter with prejudice, with each party to bear their own attorneys' fees and costs.

Dated:  January 2, 2025.

**MURPHY, KINNEY, & SUMY**

By: /s/ Kyle E. Murphy
Kyle E. Murphy, KS #78836
Murphy, Kinney, & Sumy
406 W. 34th Street, Suite 623
Kansas City, MO 64111
Telephone: 816.281.5470
kyle@murphykinney.com

**ATTORNEY FOR PLAINTIFF**

**LITTLER MENDELSON, P.C.**

/s/ Daniel B. Boatright
Daniel B. Boatright, MO #38803
dboatright@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
Telephone:   816.627.4400
Facsimile:   816.627.4444

**ATTORNEY FOR DEFENDANT**